UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1 - 10,<br><br>    Defendants. | No. 2:18-CV-00352RSM<br><br><br>ORDER GRANTING UNOPPOSED MOTION TO LEAVE TO FILE FIRST AMENDED ANSWER |

ORDER

On this day came before the Court Defendants' Unopposed Motion for Leave to File First Amended Answer ("Motion for Leave"). After careful consideration of the Motion for Leave, any response to the Motion for Leave, any replies and sur-replies, the pleadings and arguments of counsel, if any, the Court finds that the Motion for Leave should be GRANTED.

///

///

///

///

///

Chernoff Vilhauer LLP
111 SW Columbia, Suite 725
Portland, OR 97201
503.227.5631 (main) 503.228.4373(fax)

1    IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave to File First

2  Amended Answer is GRANTED, and that the First Amended Answer that is attached to the Motion

3  for Leave should be filed by July 3, 2018 or within 24 hours of the date of this order

4

5

   Signed this 16th day of July, 2018.

6

7

8
                                             _____
9                                            RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28