# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC. an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:18-cv-00352-RSM<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER comes before the Court on Plaintiffs' unopposed motion for leave to file an Amended Complaint. Having reviewed the motion and supporting papers, as well as the pleadings and other documents on file in this matter, the Court is fully informed. Defendants do not oppose the motion, and the Court finds good cause to grant Plaintiffs leave to file the proposed amended complaint. Plaintiffs' motion is therefore GRANTED. Plaintiff shall file and serve the amended complaint on all parties within fourteen (14) days pursuant to LCR 15.

DATED this 16th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOT.
FOR LEAVE TO FILE AMENDED COMPLAINT
(No. 2:18-cv-00352-RSM) – 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs Amazon.com, Inc.
and Vera Bradley Designs, Inc.*

By  */s/ James Harlan Corning*
    Bonnie E. MacNaughton, WSBA #36110
    James Harlan Corning, WSBA #45177
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email:    bonniemacnaughton@dwt.com
                 jamescorning@dwt.com

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOT.
FOR LEAVE TO FILE AMENDED COMPLAINT
(No. 2:18-cv-00352-RSM) – 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax