# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1 - 10,<br><br>Defendants. | No. 2:18-CV-00352<br><br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO DISCLOSE EXPERT TESTIMONY |

## ORDER

On this day came before the Court Defendants' Unopposed Motion to Extend the Expert Witness Disclosure Deadline ("Motion to Extend"). After careful consideration of the Motion to Extend, the Court finds that the Motion to Extend should be GRANTED.

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend the Expert Witness Disclosure Deadlines is GRANTED. It is ORDERED that the deadline for the parties to disclose expert testimony is extended from March 13, 2019 to April 12, 2019.

DATED this 5 day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE