UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1 - 10,<br><br>Defendants. | No. C18-352 RSM<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY |

On this day came before the Court the parties' Joint Motion to Extend the Deadline for Filing Motions Related to Discovery ("Motion to Extend"). After careful consideration of the Motion to Extend, the Court finds that the Motion to Extend is GRANTED.

IT IS HEREBY ORDERED that Defendants' Joint Motion to Extend the Deadline for Filing Motions Related to Discovery is GRANTED. It is ORDERED that the deadline for the parties to disclose expert testimony is extended from April 12, 2019 to May 12, 2019. The parties may produce any Court ordered discovery following the discovery completion date of May 13, 2019.

DATED this 21st day of March 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY

Davis Wright Tremaine LLP
Law Offices
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax
4836-8269-2493v.1 0051461-001951