# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1 - 10,<br><br>Defendants. | No. 2:18-CV-00352<br><br>STIPULATED ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO DEFER EXPERT DISCLOSURE REQUIREMENTS RELATED TO REQUESTS FOR ATTORNEYS' FEES AND COSTS |

Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc. ("Plaintiffs"), and Defendants Zhen Wang "Johnny" Zhang and Fabby Global Trading, LLC d/b/a/ "Calibean Collection" ("Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Parties have agreed that it would be most expeditious and cost-efficient to submit expert disclosure requirements related to a request for attorneys' fees and costs, including evidence supporting requests and entitlement for attorney fees and costs in an exceptional case, *e.g.,* redacted invoices, 15 days after the verdict or final judgment, whichever is earlier;

STIPULATED ORDER GRANTING
PARTIES' JOINT STIPULATED MOTION
TO DEFER EXPERT DISCLOSURE
REQUIREMENTS RELATED TO
REQUESTS FOR ATTORNEYS' FEES AND
COSTS - Page 1

Chernoff Vilhauer LLP
111 SW Columbia, Suite 725
Portland, OR 97201
503.227.5631 (main) 503.228.4373(fax)

NOW, THEREFORE, IT IS STIPULATED that the Court enter the following order with regard to expert disclosures related to a request for attorneys' fees and costs:

The Parties' submission on expert disclosure requirements related to a request for attorneys' fees and costs, including evidence supporting requests and entitlement for attorney fees and costs in an exceptional case, may be deferred until 15 days after the verdict or final judgment, whichever comes earlier.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated this 12th day of July 2019.
By: /s/ *Zana Z. Bugaighis*
Bonnie E. MacNaughton, WSBA #36110
Zana Z. Bugaighis, WSBA #43614
James Harlan Corning, WSBA #45177
Sarah E. Cox, WSBA #46703
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
zanabugaighis@dwt.com
jamescorning@dwt.com
sarahcox@dwt.com
*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

Dated this 12th day of July 2019.
By: /s/ Susan D. Pitchford
Susan D. Pitchford, WSBA #26259
CHERNOFF VILHAUER LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Tel: (503) 227-5631
Fax: (503) 228-4373
Email: sdp@chernofflaw.com
kevin@chernofflaw.com


Douglas H. Elliott, *Pro Hac Vice*
Nathan Q. Huynh, *Pro Hac Vice*
Merry R. Harrison, *Pro Hac Vice*

STIPULATED ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO DEFER EXPERT DISCLOSURE REQUIREMENTS RELATED TO REQUESTS FOR ATTORNEYS' FEES AND COSTS - Page 2

Chernoff Vilhauer LLP
111 SW Columbia, Suite 725
Portland, OR 97201
503.227.5631 (main) 503.228.4373(fax)

Elliott & Polasek, PLLC
6750 West Loop South, Suite 995
Bellaire, TX 77401
Tel: (832) 485-3507
Fax: (832) 485-3511
Email: doug@elliottiplaw.com
       nathan@elliottiplaw.com
       merry@epiplawyers.com

*Attorneys for Defendants
Zhenwang Zhang,
Fabby Global Trading, LLC and
Universal Expo Group, Inc.*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2019.

                                                  RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO DEFER EXPERT DISCLOSURE REQUIREMENTS RELATED TO REQUESTS FOR ATTORNEYS' FEES AND COSTS - Page 3

Chernoff Vilhauer LLP
111 SW Columbia, Suite 725
Portland, OR 97201
503.227.5631 (main) 503.228.4373(fax)