The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a "CALIBEAN COLLECTION," a Texas limited liability corporation; UNIVERSAL EXPO GROUP INC., a Texas corporation; and JOHN DOES 1-10; <br><br> Defendants. | No. 2:18-cv-00352-RSM <br><br> ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE |

On this day came before the Court the parties' Joint Motion to Continue the Trial Date and Amend the Case Schedule. After careful consideration of the Motion, the Court GRANTS the Motion for good cause shown.

IT IS HEREBY ORDERED, that the case schedule shall be amended as follows:

[CONTINUED ON FOLLOWING PAGE]

ORDER
(2:18-cv-00352-RSM) - 1

| **DESCRIPTION** | **CURRENT DATE** | **AMENDED DATE** |
|---|---|---|
| **Jury Trial Date** | **March 9, 2020** | **May 11, 2020** |
| Discovery completed by | September 13, 2019 | December 13, 2019 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | October 24, 2019 | No change |
| Dispositive motions must be filed by | December 2, 2019 | January 30, 2020 |
| Motions in limine must be filed by | February 13, 2020 | April 13, 2020 |
| Agreed pretrial order due | February 28, 2020 | April 29, 2020 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 4, 2020 | May 6, 2020 |

DATED this 16 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By: */s/ Bonnie MacNaughton*
Bonnie E. MacNaughton, WSBA #36110
Zana Bugaighis, WSBA #43614
Sarah Cox, WSBA #46703
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

ORDER
(2:18-cv-00352-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

zanabugaighis@dwt.com
sarahcox@dwt.com

*Attorneys for Defendants*

By: */s/ Susan D. Pitchford*
Susan D. Pitchford, WSBA #26259
CHERNOFF VILHAUER, LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Tel: (503) 227-5631
Fax: (503) 228-4373
Email: sdp@chernofflaw.com
kevin@chernofflaw.com

and

Douglas H. Elliott, *Pro Hac Vice*
Merry Harrison, *Pro Hac Vice*
Nathan Q. Huynh, *Pro Hac Vice*
ELLIOTT & POLASEK, PLLC
6750 West Loop South, Suite 995
Bellaire, TX 77401
Tel: (832) 485-3507
Fax: (832) 485-3511
Email: doug@epiplawyers.com
merry@epiplawyers.com
nathan@epiplawyers.com

ORDER
(2:18-cv-00352-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax