The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a "CALIBEAN COLLECTION," a Texas limited liability corporation; UNIVERSAL EXPO GROUP INC., a Texas corporation; and JOHN DOES 1-10;<br><br>Defendants. | No. 2:18-cv-00352-RSM<br><br>**STIPULATED PERMANENT INJUNCTION** |

## **STIPULATION**

Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera Bradley"), and Defendants Zhen Wang "Johnny" Zhang, Fabby Global Trading, LLC d/b/a "Calibean Collection", and Universal Expo Group Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Court may enter the following permanent injunction.

2. Defendants hereby fully and irrevocably consent to the jurisdiction of the state and federal courts in King County, Washington, in any action or proceeding in which Amazon

STIPULATED PERMANENT INJUNCTION
(2:18-cv-00352-RSM) - 1
4828-9762-7818v.2 0051461-001951

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

or Vera Bradley seeks to enforce this injunction or otherwise stemming from Defendants' noncompliance with this injunction.

DATED: January 30, 2020

*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By: */s/ Bonnie MacNaughton*
Bonnie E. MacNaughton, WSBA #36110
Zana Bugaighis, WSBA #43614
Sarah Cox, WSBA #46703
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
zanabugaighis@dwt.com
sarahcox@dwt.com

*Attorneys for Defendants*

By: */s/ Susan D. Pitchford*
Susan D. Pitchford, WSBA #26259
CHERNOFF VILHAUER, LLP
111 SW Columbia Street, Suite 725
Portland, OR 97201
Tel: (503) 227-5631
Fax: (503) 228-4373
Email: sdp@chernofflaw.com
kevin@chernofflaw.com

and

Douglas H. Elliott, *Pro Hac Vice*
Merry Harrison, *Pro Hac Vice*
Nathan Q. Huynh, *Pro Hac Vice*
ELLIOTT & POLASEK, PLLC
6750 West Loop South, Suite 995
Bellaire, TX 77401
Tel: (832) 485-3507
Fax: (832) 485-3511
Email: doug@epiplawyers.com
merry@epiplawyers.com
nathan@epiplawyers.com

STIPULATED PERMANENT INJUNCTION
(2:18-cv-00352-RSM) - 2
4828-9762-7818v.2 0051461-001951

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# **PERMANENT INJUNCTION**

Pursuant to the terms of the settlement agreement reached in this matter, including the parties' agreement to stipulate to a permanent injunction, IT IS HEREBY ORDERED that Defendants, their agents, representatives, employees, successors, and assigns are permanently enjoined and restrained from:

1. selling, offering for sale, advertising, marketing, shipping, transmitting, or distributing to Amazon, or to any other person or entity through any of Amazon's websites, any product or service;

2. applying for, opening, operating, controlling or using any Amazon seller or vendor account, or applying for or participating in any Amazon Affiliate Program;

3. manufacturing, distributing, offering to sell, or selling any product or service that incorporates Vera Bradley's brand, trademarks, or copyrights, or otherwise uses Vera Bradley's brand, trademarks, or copyrights to manufacture, distribute, offer, or sell any product or service; and

4. assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities listed above.

**IT IS SO ORDERED.**

DATED: February 3, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED PERMANENT INJUNCTION
(2:18-cv-00352-RSM) - 3
4828-9762-7818v.2 0051461-001951

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax