1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,

Plaintiffs,

v.

ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a "CALIBEAN COLLECTION," a Texas limited liability corporation; UNIVERSAL EXPO GROUP INC., a Texas corporation; and JOHN DOES 1-10;

Defendants.

No. 2:18-cv-00352-RSM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

17

18

19

20

21

22

23

24

25

26

27

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc. ("Vera Bradley"), and Defendants Zhen Wang "Johnny" Zhang, Fabby Global Trading, LLC d/b/a "Calibean Collection", and Universal Expo Group Inc. (collectively, "Defendants") stipulate and agree that the above captioned action shall be dismissed in its entirety with prejudice and without an award of fees or costs to any party.

//

//

//

//

STIPULATED DISMISSAL WITH PREJUDICE
(2:18-cv-00352-RSM) - 1
4843-9355-3066v.2 0051461-001951

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 30th day of February, 2020.

*Attorneys for Plaintiffs Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By: */s/ Bonnie MacNaughton*
    Bonnie E. MacNaughton, WSBA #36110
    Zana Bugaighis, WSBA #43614
    Sarah Cox, WSBA #46703
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Tel: (206) 622-3150
    Fax: (206) 757-7700
    Email: bonniemacnaughton@dwt.com
           zanabugaighis@dwt.com
           sarahcox@dwt.com

*Attorneys for Defendants*

By: */s/ Susan D. Pitchford*
    Susan D. Pitchford, WSBA #26259
    CHERNOFF VILHAUER, LLP
    111 SW Columbia Street, Suite 725
    Portland, OR 97201
    Tel: (503) 227-5631
    Fax: (503) 228-4373
    Email: sdp@chernofflaw.com
           kevin@chernofflaw.com

and

Douglas H. Elliott, *Pro Hac Vice*
Merry Harrison, *Pro Hac Vice*
Nathan Q. Huynh, *Pro Hac Vice*
ELLIOTT & POLASEK, PLLC
6750 West Loop South, Suite 995
Bellaire, TX 77401
Tel: (832) 485-3507
Fax: (832) 485-3511
Email: doug@epiplawyers.com
       merry@epiplawyers.com
       nathan@epiplawyers.com

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  <u>ORDER</u>

2  IT IS SO ORDERED.

3  DATED this 3 day of February 2020.

4

5  _____
   RICARDO S. MARTINEZ
6  CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10  <u>Presented by</u>:

11

12  DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Amazon.com, Inc. and*
13  *       Vera Bradley Designs, Inc.*

14  By */s/ Bonnie MacNaughton*
       _____
15     Bonnie MacNaughton, WSBA #36110
       Zana Z. Bugaighis, WSBA #43614
16     Sarah Cox, WSBA #46703
       920 Fifth Avenue, Suite 3300
17     Seattle, Washington 98104-1610
       Telephone: (206) 622-3150
18     Fax: (206) 757-7700
       E-mail: bonniemacnaughton@dwt.com
19             zanabugaighis@dwt.com
               jamiewendell@dwt.com
20             sarahcox@dwt.com

21

22

23

24

25

26

27

STIPULATED DISMISSAL WITH PREJUDICE
(2:18-cv-00352-RSM) - 3
  4843-9355-3066v.2 0051461-001951