The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC. an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:18-cv-00352-RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR: January 8, 2021 |

This matter has come before the Court on Plaintiffs Amazon.com, Inc. ("Amazon") and Vera Bradley Designs, Inc.'s Unopposed Motion to Seal (the "Motion"). The Court has reviewed the Motion, the Second Declaration of Zana Bugaighis, the statements and document sought to be filed under seal, and the entire record herein, and the Court being otherwise sufficiently informed, **HEREBY ORDERS THAT**

1. Plaintiffs' Motion is **GRANTED.**

2. The following documents shall be redacted and filed under seal:

   a. The designated portions of the Declaration of Zana Bugaighis; and

   b. The designated portions of Plaintiffs' Motion for Judgment.

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO SEAL- 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. The following documents shall be filed under seal in their entirety:

    a. Exhibit A to the Declaration of Zana Bugaighis (the Settlement Agreement and Mutual Release of all Claims).

DATED this 12th day of January, 2020.

*(signature)*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

DAVIS WRIGHT TREMAINE
Attorneys for Plaintiff Amazon.com, Inc. and Vera Bradley Designs, Inc.

By *s/ Zana Bugaighis*
Bonnie E. MacNaughton, WSBA #36110
Zana Bugaighis, WSBA #43614
Sarah Cox, WSBA #46703
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
    zanabugaighis@dwt.com
    sarahcox@dwt.com

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO SEAL- 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax