The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a "CALIBEAN COLLECTION," a Texas limited liability corporation; UNIVERSAL EXPO GROUP INC., a Texas corporation; and JOHN DOES 1-10;<br><br>Defendants. | No. 2:18-cv-00352-RSM<br><br>**STIPULATED JUDGMENT** |

## SUMMARY OF JUDGMENT

1. Judgment Creditor:   Vera Bradley Designs, Inc.

2. Judgment Debtors:   Zhen Wang "Johnny" Zhang
   Fabby Global Trading, LLC
   Universal Expo Group Inc.

3. Attorneys for Judgment Creditor:   Bonnie MacNaughton
   Zana Z. Bugaighis
   Sarah Cox
   Davis Wright Tremaine LLP
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104-1610

STIPULATED JUDGMENT
(2:18-cv-00352-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 4. | Attorneys for Judgment Debtors: | Douglas H. Elliott<br>Merry Harrison<br>ELLIOTT & POLASEK, PLLC<br>6750 West Loop South, Suite 995<br>Bellaire, TX 77401 |
| 5 | Amount of Principal Judgment: | US $500,000 minus any previous settlement payments made to date of default |
| 6. | Awarded attorneys' fees, expenses and costs: | In an amount to be established |
| 7. | Rate of interest accrual on TOTAL JUDGMENT amount | per 28 U.S.C. § 1961 |

## JUDGMENT

THIS MATTER came before the undersigned Judge on Plaintiffs' Motion to Enter Stipulated Judgment (the "Motion"). Pursuant to the settlement of this case, Defendants Zhen Wang "Johnny" Zhang, Fabby Global Trading, LLC, and Universal Expo Group Inc. ("Defendants") agreed to the entry of this Stipulated Judgment upon a default in their settlement payments. The Court finds that Defendants have defaulted in their settlement payments and, pursuant to the settlement agreement, the Court therefore makes a final determination of the rights of the parties in this action.

The Court finds and concludes that Judgment shall be entered as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs are granted judgment against Defendants, in the amount of US $480,000, plus attorneys' fees in an amount to be established. This judgment shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961.

DATED this 12th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT
(2:18-cv-00352-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Amazon.com, Inc. and Vera Bradley Designs, Inc.*

By */s/ Zana Z. Bugaighis*
    Bonnie MacNaughton, WSBA #36110
    Zana Z. Bugaighis, WSBA #43614
    Sarah Cox, WSBA #46703
    920 Fifth Avenue, Suite 3300
    Seattle, Washington  98104-1610
    Telephone: (206) 622-3150
    Fax: (206) 757-7700
    E-mail:  bonniemacnaughton@dwt.com
            zanabugaighis@dwt.com
            sarahcox@dwt.com

STIPULATED JUDGMENT
(2:18-cv-00352-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax