# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMAZON.COM, INC., et al.,

    Plaintiffs,

    v.

ZHEN WANG "JOHNNY" ZHANG, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C18-352 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT that Plaintiffs are granted judgment against Defendants, in the amount of US $480,000, plus attorneys' fees in an amount to be established. This judgment shall bear interest at the statutory rate prescribed by 28 U.S.C. § 1961.

Dated this 12th day of January, 2021.

                                            WILLIAM M. MCCOOL, Clerk
                                            UNITED STATES DISTRICT COURT

                                            s/PAULA MCNABB
                                            Deputy Clerk