The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VERA BRADLEY DESIGNS, INC., an Indiana corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHEN WANG "JOHNNY" ZHANG, an individual; FABBY GLOBAL TRADING, LLC d/b/a/ "CALIBEAN COLLECTION," a Texas limited liability corporation; and JOHN DOES 1 - 10,<br><br>Defendants. | No. 2:18-CV-00352 RSM<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |

## ORDER

On this day came before the Court Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion for Attorneys' Fees and Costs ("Motion to Extend"). After careful consideration of the Motion to Extend, the Court finds that the Motion to Extend should be GRANTED.

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiffs' Motion for Attorneys' Fees and Costs is GRANTED. It is ORDERED that Plaintiff's Motion for Attorneys' Fees and Costs is now noted for February 19, 2021, with the Defendants' opposition due by February 16, 2021 and Plaintiffs' reply due February 19, 2021.

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS – Page 1

Chernoff Vilhauer LLP
111 SW Columbia, Suite 725
Portland, OR 97201
503.227.5631 (main) 503.228.4373(fax)

1  DATED this 9th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE