The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; and VERA BRADLEY DESIGNS,
INC. an Indiana corporation,

            Plaintiffs,

      v.

ZHEN WANG "JOHNNY" ZHANG, an
individual; FABBY GLOBAL TRADING, LLC
d/b/a/ "CALIBEAN COLLECTION," a Texas
limited liability corporation; and JOHN DOES
1–10,

            Defendants.

No. 2:18-cv-00352-RSM

ORDER GRANTING PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES
AND COSTS

NOTE ON MOTION CALENDAR:
February 12, 20221

This matter has come before the Court on Plaintiffs Amazon.com, Inc. ("Amazon") and

Vera Bradley Designs, Inc.'s Motion for Attorney's Fees and Costs (the "Motion").  The Court

has reviewed the Motion, and all materials submitted in support of and in opposition to the

Motion, and all other pertinent documents in the record, and the Court being otherwise

sufficiently informed, **HEREBY ORDERS THAT**


//

//

ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS FEES AND COSTS - 1
(18-cv-00352-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1       Plaintiffs' Motion is **GRANTED**.  The Court awards Plaintiffs attorneys' fees in the

2   amount of $7,776.

3

4       DATED this 23rd day of February, 2021.

5

6

7                        RICARDO S. MARTINEZ

8                        CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14   *Presented by:*

15   DAVIS WRIGHT TREMAINE
     Attorneys for Plaintiff Amazon.com, Inc. and Vera Bradley Designs, Inc.

16

17   By *s/ Zana Bugaighis*
     Bonnie E. MacNaughton, WSBA #36110
     Zana Bugaighis, WSBA #43614

18   Sarah Cox, WSBA #46703
     920 Fifth Avenue, Suite 3300

19   Seattle, WA  98104-1610
     Tel: (206) 622-3150

20   Fax: (206) 757-7700
     Email: bonniemacnaughton@dwt.com

21          zanabugaighis@dwt.com
            sarahcox@dwt.com

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS' MOTION
FOR ATTORNEYS FEES AND COSTS - 2
(18-cv-00352-RSM)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax